IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**TIMOTHY LEHMAN and KELLY LEHMAN,**

* Debtors

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-17-bk-01640-JJT |
| Document No.: | 36 |
| Nature of Proceeding: | Motion to Participate in Mortgage Modification Mediation Program |

## ORDER GRANTING MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM

Upon consideration of Debtors' Motion to Participate in Mortgage Modification Mediation Program, and inasmuch as the mortgage creditor neither filed a Creditor Consent Form or an objection to participation under Local Bankruptcy Rule 9019-3(b)(2)(C), the mortgage creditor is deemed to have waived any objection to the Motion, **IT IS HEREBY ORDERED** that Debtor's Motion is granted, and the Debtor and HSBC Bank USA N.A. as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2005-1 Trust, Home Equity Asset-Backed Certificates, Series 2005-1, and its successors, assigns and servicing agents, are authorized to enter into the Mortgage Modification Mediation Program.

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: January 30, 2018

MDPA-Order - Blank wihtout Parties.wpt - REV 01/14

Case 5:17-bk-01640-JJT    Doc 39    Filed 01/30/18    Entered 01/30/18 14:24:29    Desc
Main Document    Page 1 of 1